**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-10227 |
| Plaintiff - Appellee, | D.C. No. 2:13-cr-00140-APG |
| v. | |
| ADAM MICHAEL HARRIS, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Andrew P. Gordon, District Judge, Presiding

Submitted February 17, 2015[**]

Before:    O'SCANNLAIN, LEAVY, and FERNANDEZ, Circuit Judges.

Adam Michael Harris appeals from the district court's judgment and

challenges the 37-month sentence imposed following his guilty-plea conviction for

being a convicted felon in possession of a firearm, in violation of 18 U.S.C.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

§§ 922(g)(1) and 924(a)(2).  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Harris contends that his sentence is substantively unreasonable in light of the circumstances of the offense.  The district court did not abuse its discretion in imposing Harris's sentence.  *See Gall v. United States*, 552 U.S. 38, 51 (2007).  The sentence at the bottom of the Guidelines range is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including Harris's criminal history and the need to promote respect for the law.  *See Gall*, 552 U.S. at 51.

**AFFIRMED.**